```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA


BLAKE ARTWELL                      :      CIVIL ACTION
                                   :
        v.                         :
                                   :
L.A. FITNESS, et al.               :      NO. 10-859
```

**O R D E R**

AND NOW, this 10th day of January 2011, upon consideration of the motion for summary judgment and the response thereto, IT IS ORDERED:

That the motion is GRANTED.  Judgment is entered IN FAVOR OF Defendants, LA Fitness and LA Fitness International, LLC, d/b/a LA Fitness and AGAINST Plaintiff, Blake Artwell.  The Clerk is directed to mark the case-file CLOSED.

                              BY THE COURT:


                              /s/ John P. Fullam
                              John P. Fullam,    Sr. J.